IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARMANDO VALDEZ-BORJA,

    Petitioner,

v.                                          Civ. No. 18-1237 KG/KK
                                          (Cr. No. 16-3390 KG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, having entered final judgment adverse to Petitioner, and finding that further argument is not warranted, this Court DENIES a certificate of appealability.

For the reasons stated in the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 12) and the Court's order adopting those findings (Doc. 14), Petitioner has failed to make a substantial showing of a denial of a constitutional right. Therefore, a certificate of appealability should be denied.

**The parties are hereby notified that, as provided in Rule 11(a), they cannot appeal this denial and instead may seek a certificate of appealability from the United States Court of Appeals for the Tenth Circuit pursuant to Federal Rule of Appellate Procedure 22. They are further notified that a motion to reconsider this denial does not extend the time to file a notice of appeal under Federal Rule of Appellate Procedure 4(a).**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE